**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 11-486** |
| | : | |
| **DERRICK WILLIAMS** | : | |

## ORDER

**AND NOW**, this 9th day of January, 2012, upon consideration of Defendant Derrick Williams's Motion to Suppress Physical Evidence (Document No. 10), the government's response, and after an evidentiary hearing, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the government is precluded from introducing into evidence any items of personal property seized from his person and his vehicle on August 2, 2011.

 /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.